IN THE UNITED STATES DISTRICT COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alexandar Bratic<br><br>Plaintiff,<br>            vs.<br><br><br>Tech Solutions Sync and<br><br>Sambit Mivhi Raina,<br><br>38974 SWORDFISH CMN<br><br>Fremont, CA, 94536. | CIVIL ACTION NO. **19-00851** |

## NOTICE OF DISMISSAL WITH PREJDUICE

COMES NOW, Plaintiff Alexander Bratic, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and files this Notice of Dismissal Without Prejudice. Due to inability to locate and serve the defendants in accordance with the F.R.C.P. Plaintiff reserved the right to refile the matter in accordance with applicable law.

Respectfully submitted this 21st day of June, 2019.

**Sincerely:**

S// ------------------------------------------

**IFight4Justice Law Office of Predrag Filipovic**
 By: Predrag Filipovic, Esq.
 1735 Market St., Suite 3750
 Philadelphia, PA 19103

1

2

267-265-0520 (c) 215 974-7744 (f)
Attorney for Plaintiff